```
        IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| DEVELOPERS SURETY AND<br>INDEMNITY COMPANY, | )<br>)<br>) | |
| Plaintiff, | ) | 4:07CV3148 |
| | ) | |
| v. | ) | |
| | ) | |
| DISMAL RIVER CLUB, LLC, | ) | ORDER |
| | ) | |
| Defendant. | )<br>) | |

IT IS ORDERED:

1. Plaintiff's unopposed motion to amend petition, filing 18, is granted and the amended petition shall be filed forthwith.

2. Defendant is given 20 days following the filing of the amended petition to answer or otherwise plead.

DATED this 9th day of July, 2007.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge