```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| DEVELOPERS SURETY AND INDEMNITY COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | 4:07CV3148 |
| v. | ) ) ) | |
| DISMAL RIVER CLUB, LLC, | ) ) | ORDER |
| Defendant. | ) ) | |

Upon consideration of pending matters,

IT IS ORDERED:

1. The matter of place of trial will be held in abeyance until the third-party defendants have had an opportunity to address the issue. Third party defendants are given until August 27, 2007 to respond to the pending request for trial in North Platte.

2. Once all parties have entered appearances in the case, ALL counsel shall meet and confer in accordance with Fed. R. Civ. P. 26(f) and file an amended report of their planning meeting on or before September 10, 2007.

DATED this 8th day of August, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge