IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DEVELOPERS SURETY AND INDEMNITY COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | 4:07CV3148 |
| v. | ) ) | |
| DISMAL RIVER CLUB, LLC, | ) ) | ORDER |
| Defendant. | ) ) | |

IT IS ORDERED:

The motion of third party defendant Flagstick Golf Course Construction Management, Inc., for extension of deadline, filing 58, is granted and the deadline for Flagstick to serve its Rule 26(a)(1) disclosures is extended to 14 calendar days after the filing of its answer to the Third-Party Complaint.

DATED this 2nd day of October, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge