IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DEVELOPERS SURETY AND INDEMNITY COMPANY,<br><br>        Plaintiff,<br><br>  v.<br><br>DISMAL RIVER CLUB, LLC,<br><br>        Defendant/Third-Party Plaintiff,<br><br>  v.<br><br>MILROY GOLF SYSTEMS, INC.; FLAGSTICK GOLF COURSE CONSTRUCTION MANAGEMENT, INC.; and R.R.I., INC.,<br><br>        Third-Party Defendants. | Case No. 4:07-CV-03148<br><br><br><br><br><br>**ORDER** |

      This matter comes before the Court on Third-Party Defendants R.R.I., Inc.'s and Milroy Golf Systems, Inc.'s Joint Motion and Stipulation of Dismissal of Cross-Claim Without Prejudice. Upon review of the Stipulation and being fully advised in the premises,

      IT IS ORDERED that the Joint Motion and Stipulation of Dismissal Without Prejudice of R.R.I., Inc.'s cross-claim against Milroy Golf Systems, Inc. shall be and is hereby granted. R.R.I.'s cross-claim against Milroy Golf Systems, Inc. is hereby dismissed without prejudice.

      DATED this 14th day of December, 2007.

                                                BY THE COURT

                                                s/ *David L. Piester*
                                                David L. Piester
                                                United States Magistrate Judge